UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:14-CR-53 RM |
| ) | |
| ALFRED FRANK DILLARD ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on September 17, 2014. Accordingly, the court ADOPTS those findings and recommendations [docket # 23], ACCEPTS defendant Alfred Dillard's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   October 8, 2014

    /s/ Robert L. Miller, Jr.
    Judge, United States District Court
    Northern District of Indiana